UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEANNA RAE PORTER-HEFT,<br>　　　　Plaintiff,<br><br>　　v.<br><br>SANTA CLARA SHERIFFS DEPARTMENT, et al.,<br>　　　　Defendants. | Case No. 20-cv-01570-PJH<br><br>**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION TO DISMISS COMPLAINT WITH LEAVE TO AMEND**<br><br>Re: Dkt. No. 5 |

　　　　The court has reviewed Magistrate Judge DeMarchi's Report and Recommendation Re: Dismissal (Dkt. 5).  Plaintiff failed to file any objections to the report.  The court finds the report correct, well-reasoned, and thorough.  Accordingly, the court adopts the report in full.  The court dismisses plaintiff's complaint with leave to amend.  Plaintiff must file any amended pleading by **September 11, 2020**.

　　　　Relatedly, for purpose of preparing any such filing, the court directs plaintiff's attention to the legal assistance services available through its San Jose Division—the Asian Law Alliance's Federal Pro Se Program—as well as its San Francisco and Oakland Divisions—the Justice and Diversity Center's Legal Help Center.  Plaintiff may make an appointment with either program by calling 408.297.1480 or 415-782-8982.  For more information about such services, plaintiff should review the links below.[1]

　　　　**IT IS SO ORDERED.**

Dated: July 31, 2020

　　　　　　　　　　　　　　　　/s/ Phyllis J. Hamilton
　　　　　　　　　　　　　　　　PHYLLIS J. HAMILTON
　　　　　　　　　　　　　　　　United States District Judge

---

[1] https://cand.uscourts.gov/pro-se-litigants/the-federal-pro-se-program-at-the-san-jose-courthouse/ and https://cand.uscourts.gov/about/court-programs/legal-help-desks/.