UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DEANNA RAE PORTER-HEFT,

    Plaintiff,

v.

SANTA CLARA SHERIFFS DEPARTMENT, et al.,

    Defendants.

Case No. 20-cv-01570-PJH

**ORDER TO SHOW CAUSE**

Re: Dkt. No. 8

On July 31, 2020, the court issued an order adopting Magistrate Judge DeMarchi's report and recommendation regarding dismissal of the above-captioned action. Dkt. 8. The court dismissed plaintiff's complaint with leave to amend. Id. The court permitted plaintiff until September 11, 2020 to file an amended pleading. Id. To date, plaintiff has failed to do so.

The court hereby **ORDERS** plaintiff to show cause why this action should not be dismissed with prejudice for failure to prosecute pursuant to Rule 41(b). Plaintiff must file a written response to this order by **Friday, January 22, 2021**. Alternatively, plaintiff may file an amended pleading, as previously permitted by the court in its July 31, 2020 order.[1] Plaintiff may file either such response by post-mail addressed to the court. If plaintiff fails

---

[1] The court once more directs plaintiff's attention to the legal assistance services available through its San Jose Division (the Asian Law Alliance's Federal Pro Se Program) and its San Francisco/Oakland Divisions (the Justice and Diversity Center's Legal Help Center). Plaintiff may make an appointment with either program by calling 408.297.1480 or 415.782.8982. More information is available at the links below. https://cand.uscourts.gov/pro-se-litigants/the-federal-pro-se-program-at-the-san-jose-courthouse/ and https://cand.uscourts.gov/about/court-programs/legal-help-desks/.

to timely file a response, the court will dismiss this action with prejudice.

**IT IS SO ORDERED.**

Dated: January 12, 2021

                                      /s/ Phyllis J. Hamilton
                                      PHYLLIS J. HAMILTON
                                      United States District Judge