UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEANNA RAE PORTER-HEFT,<br>    Plaintiff,<br>    v.<br>SANTA CLARA SHERIFFS DEPARTMENT, et al.,<br>    Defendants. | Case No. 20-cv-01570-PJH<br><br>**ORDER DISMISSING ACTION WITH PREJUDICE FOR FAILURE TO PROSECUTE**<br><br>Re: Dkt. No. 9 |

On January 12, 2021, the court ordered plaintiff to show cause why this action should not be dismissed with prejudice for failure to prosecute pursuant to Rule 41(b). Dkt. 9. In that order, the court explained that plaintiff failed to file an amended pleading. Id. As an alternative to responding to the show cause order, the court permitted plaintiff an opportunity to file an amended pleading. Id. The court required plaintiff to respond to the January 12, 2021 order by January 22, 2021. Id. The court specifically cautioned that, if plaintiff fails to timely respond to the January 12, 2021 order (including by post-mail), the court will dismiss this action with prejudice under Rule 41(b). Id.

To date, plaintiff has failed to file any such response. Given that failure, the court **DISMISSES** this action **WITH PREJUDICE** for failure to prosecute.

**IT IS SO ORDERED.**

Dated: January 25, 2021

                                                                                  /s/ Phyllis J. Hamilton<br>
                                                                           PHYLLIS J. HAMILTON<br>
                                                                           United States District Judge